# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | | |
| Baowei Xia | } | **Case No: 20-40842-JJR7** |
|    PLAINTIFF, | } | **AP No: 20-40026-JJR** |
| VS. | } | |
| Cristina L. Morris | } | |
|    DEFENDANT, | } | |

## ORDER

This matter came before the Court on Thursday, April 04, 2024 10:45 AM, for a hearing on the following:

   1) RE: Doc #212; Defendant's Motion to Strike Affidavit of Plaintiff Baowei Xia dated February 19, 2024 (Doc #200) filed by Robert C. Keller and Joseph E. Tripp Watson, III, attorneys for the Defendant, Cristina L. Morris

   2) RE: Doc #224; Defendant's Objection to Plaintiff's Motion for Leave to Amend Complaint filed by Robert C. Keller and Joseph E. Tripp Watson, III, attorneys for the Defendant, Cristina L. Morris

   3) RE: Doc #222; Plaintiff's Motion for Leave to Amend Adversary Proceeding Complaint filed by Baowei Xia, pro se Plaintiff

   4) RE: Doc #223; Plaintiff's Motion to Compel Production and Responses filed by Baowei Xia, pro se Plaintiff

Proper notice of the hearing was given and appearances were made by the following:
   Baowei Xia (pro se Plaintiff)
   Robert C Keller, attorney for Cristina L. Morris (Defendant)
   Tripp Watson, attorney for Cristina L. Morris (Defendant)
   Cristina L. Morris (Defendant)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

For the reasons stated on the record, the Defendant's Motion to Strike Affidavit of Plaintiff Baowei Xia dated February 19, 2024 is DENIED, the Defendant's Objection to Plaintiff's Motion for Leave to Amend Complaint is SUSTAINED and the Plaintiff's Motion for Leave to Amend Adversary Proceeding Complaint is DENIED, and the Plaintiff's Motion to Compel Production and Responses is DENIED.

Dated: 04/04/2024                            /s/ JAMES J. ROBINSON
                                                                    JAMES J. ROBINSON
                                                                    United States Bankruptcy Judge